IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
**Case No.**

Plaintiff(s),

vs

Defendant(s).

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

Pursuant to Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3, or Fed.R.Crim.P. 12.4 and Local Criminal Rule 12.3,

_____ who is _____,
(name of party)                (plaintiff/defendant/other:_____)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

    YES                    NO

2. Does party have any parent corporations?

    YES                    NO

If yes, identify all parent corporation, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

    YES                    NO

If yes, identify all such owners:

4.  Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal Rule 12.3)?

    YES                  NO

If yes, identify entity and nature of interest:

5.  Is party a trade association?

    YES                  NO

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6.  If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors's committee:

    Signature: _____

    Date:     _____

# CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing document upon counsel of record by depositing a copy thereof in the United States mail, postage prepaid and addressed as follows:

> Walter E. Brock
> Young Moore and Henderson P.A.
> Post Office Box 31627
> Raleigh North Carolina 27622
>
> Anthony J. Biller
> Coats & Bennett PLLC
> 1400 Crescent Green, Suite 300
> Cary, North Carolina  27518

This the 5th day of October 2009.

> /s/ Hayden J. Silver, III
>
> *Attorney for Defendants*